**NEWBURGH GAS & OIL CO., Inc., Libelant-Appellee, v. DRANUC DISTRIBUTING CORPORATION, Respondent-Appellee, and Cornell Steamboat Company, Respondent-Impleaded, Appellant.**

**DRANUC DISTRIBUTING CORPORATION, Libelant-Appellee, v. NEWBURGH GAS & OIL COMPANY, Respondent-Appellee, and Cornell Steamboat Company, Respondent-Impleaded, Appellant.**

Nos. 292, 293.

Circuit Court of Appeals, Second Circuit.
March 21, 1932.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Robert S.

Erskine and Henry P. Elliott, both of New York City, of counsel), for appellant.

Foley & Martin, of New York City (James A. Martin, of New York City, of counsel), for appellee Dranue.

Single and Single, of New York City (Thomas H. Middleton, of New York City, of counsel), for appellee Newburgh Gas & Oil Co.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decrees affirmed.